UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **NATHAN ELDERIGE JACOBS,** Plaintiff, v. **PRESIDENT JOSEPH ROBINETTE BIDEN, JR.,** Defendant. | 2:23-CV-11127-TGB-APP HON. TERRENCE G. BERG **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OR TO ALTER OR AMEND A JUDGMENT (ECF NO. 9)** |

This matter is before the Court on Plaintiff's Objection that it construes as a motion to reconsider or to alter or amend the Court's October 30, 2023 Order summarily dismissing the case with prejudice. ECF No. 8. It was brought well within 28 days of the order being entered and timely filed to be considered. Fed. R. Civ. P. 59(e).

Jacobs has failed to identify any error in the Court's conclusion that his claims are barred by the President's absolute immunity. Instead, he reiterates his complaint. This is not enough to establish that the Court committed a clear error of law or mistake otherwise as required to succeed on this motion. He fails to show entitlement to relief.

Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b), the Court **DENIES** the Objection construed as motion for reconsideration or motion to alter or amend a judgment.

2

**IT IS SO ORDERED.**

Dated: November 20, 2023          /s/Terrence G. Berg
                                  TERRENCE G. BERG
                                  UNITED STATES DISTRICT JUDGE